CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 2 5 2005
JOHN F. CORCORAN, CLERK
BY: HMcDaniel
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN NEWMAN ) | |
| Petitioner, ) | Case No. 7:05CV00311 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GERALD K. WASHINGTON, WARDEN, ) | By: Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the respondent's motion to dismiss shall be **GRANTED**, and the petition shall be stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 25th day of October, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge